UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 DEC 12 PM 3:18

JOSEPH HALL

v.                                             Civil No.  1:18-CV-1074-RP

SOUTHWEST AIRLINES CO.

## ORDER

The above captioned cause, having been removed to this Court on  December 12, 2018  from the  Precinct 1 of the Justice Court of Williamson County, Texas,  and the Court being of the opinion that a copy of the complete record (minus discovery) in this case is necessary;

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, **if it has not already done so**, shall within ten (10) days from the date of this order supplement the record with state court pleadings. The supplement is to be electronically filed and shall include a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

SIGNED this the 12th day of December, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE